UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



FILED
SEP 19 2007
CLERK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| TRACY A. MUNROE, | \* | CIV 06-4103 |
| Plaintiff, | \* | |
| | \* | VERDICT FORM |
| -vs- | \* | |
| U.S. XPRESS, INC., | \* | |
| Defendant. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Please return your verdicts by placing an "X" or "√" in the spaces provided, or as otherwise instructed below.

### VERDICT ONE

We, the jury in the above entitled and numbered case, on Plaintiff Tracy Munroe's claim of negligence against Defendant U.S. Xpress, Inc. find in favor of:

__X__  Plaintiff, Tracy Munroe

_____  Defendant, U.S. Xpress, INc.

**If you found in favor of Defendant, U.S. Xpress, Inc., skip the remainder of this Verdict Form and have your foreperson sign and date the Verdict Form below. If you found in favor of Plaintiff, Tracy Munroe, please complete Verdict Two below.**

## VERDICT TWO

We, the jury in the above entitled and numbered case, having found in favor of Plaintiff Tracy Munroe on her claim of negligence against Defendant U.S. Xpress, Inc., further find Plaintiff Tracy Munroe is entitled to recover the following damages from Defendant U.S. Xpress, Inc.:

1. Past medical & dental expenses in the sum of $ 29,796.98 (stating amount or if none, write the word "none").

2. Lost wages or income in the sum of $ 3322.81 (stating amount or if none, write the word "none").

3. General damages, including pain and suffering, loss of enjoyment of life, and disability or disfigurement, in the sum of $ 87,500.00 (stating amount or if none, write the word "none").

Dated this 19 day of September, 2007.

_[signature]_
Foreperson